FILED
2026 Nov-09 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

**TEVIN DARBY**

**Plaintiff,**

**v.**

**RODERICK GADSON, JR., MONIKA GADSON, JAJUAN HOWARD, TYLER ANDREWS, OFFICER CROONE, AND OFFICER FREEMAN**

**CIVIL ACTION NO: 1:26-cv-01566-CLM**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Monika Gadson
2095 Baxter Ave
Springville, AL 35146

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kristen E. Gochett
Leroy Maxwell, Jr.
Maxwell, Tillman & Coleman
1820 3rd Avenue N, Suite 300
Birmingham, AL 35023

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/6/26

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TEVIN DARBY**<br><br>**Plaintiff,**<br><br>v.<br><br>**RODERICK GADSON, JR., MONIKA GADSON, JAJUAN HOWARD, TYLER ANDREWS, OFFICER CROONE, AND OFFICER FREEMAN** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO: 1:26-cv-01566-CLM** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Jajuan Howard
2951 Highway 77
Attalla, AL 35954

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kristen E. Gochett
Leroy Maxwell, Jr.
Maxwell, Tillman & Coleman
1820 3rd Avenue N, Suite 300
Birmingham, AL 35023

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/6/26

GREER M. LYNCH, CLERK OF COURT

By: [signature]

Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TEVIN DARBY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**RODERICK GADSON, JR., MONIKA GADSON, JAJUAN HOWARD, TYLER ANDREWS, OFFICER CROONE, AND OFFICER FREEMAN** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO: 1:26-cv-01566-CLM** |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Roderick Gadson, Jr.
7731 Old Bradford Road
Pinson, AL 35126

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Kristen E. Gochett
Leroy Maxwell, Jr.
Maxwell, Tillman & Coleman
1820 3rd Avenue N, Suite 300
Birmingham, AL 35023

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/6/26

GREER M. LYNCH, CLERK OF COURT

By: [signature]
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203